JANUARY 2, 1940

No. 42966.——Protest 942274–G of Geo. E. Mallinson Importing Co., Inc. Abstract 42641. Application by plaintiff for rehearing granted.

JANUARY 8, 1940

No. 42967.—Suit 4214.——R. W. Gresham v. United States. Abstract 39488 affirmed.

No. 42968.—Suit 4217.——New York Merchandise Co., Inc. v. United States. Abstract 39335 affirmed.

No. 42969.—Suit 4219.——United States v. H. V. Albrecht et al. C. D. 46.reversed.

JANUARY 9, 1940

No. 42970.—Suit 4218.—Leonard Levin Co. v. United States. Abstract 39357 affirmed.

No. 42971.—Suit 4224.——Alpha Lux Co., Inc. v. United States C. D. 75 affirmed.

BEFORE THE FIRST DIVISION, JANUARY 9, 1940

No. 42972.—Protests 778811–G, etc., of Strauss' Bros. & Co. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of Woolworth v. United States (26 C. C. P. A. 221, C. A. D. 20) paperweights plated with silver were held dutiable at 50 percent under paragraph 339 as claimed. Following Abstract 34593 the court held the novelty brushes in question dutiable at only 50 percent under paragraph 1506. Protests sustained in part.

No. 42973.—Protest 997676–G of Wm. Shaland (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 37637 the daggers in question were held dutiable at 45 percent under paragraph 397 as claimed.